UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1727-MWF(MARx)**                     Date:  May 09, 2023

Title       **Apolonia Cortes v. Costco Wholesale Corporation, et al.**

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|              Rita Sanchez              |              Not Reported              |
| :---: | :---: |
|              Deputy Clerk              |         Court Reporter / Recorder       |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
|              Not Present            |              Not Present            |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that this matter was removed to this Court on March 7, 2023.  (See Notice of Removal ("NoR") (Docket No. 1)).  The NoR included Defendant Costco Wholesale Corporation's Answer to Complaint.  (NoR, Exhibit B (Docket No. 1-3)).

On March 17, 2023, the Court filed an Order Setting Scheduling Conference (the "Order").  (Docket No. 7).  Pursuant to that Order, the parties' Joint Rule 26(f) Report was due April 3, 2023, and a Scheduling Conference was set on April 17, 2023 at 11:00 a.m.

On April 4, 2023, the Court filed a Scheduling Notice and Order which (1) vacated the April 17, 2023 Scheduling Conference, and (2) ordered the parties to file the required (and overdue) Joint Rule 26(f) Report no later than April 17, 2023.  (Docket No. 8).  The parties have failed to comply with the Court's Order.

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the parties' Joint Rule 26(f) Report, including a completed Worksheet (Exhibit A to the Order), no later than **MAY 16, 2023**.  The Court will accept a unilateral report upon showing of a party's good faith effort to meet and confer with opposing counsel to prepare and file the report.  If a unilateral report is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1727-MWF(MARx)**                Date:  May 09, 2023

Title      **Apolonia Cortes v. Costco Wholesale Corporation, et al.**

filed, the Court may dismiss this action for failure to prosecute or strike
Defendant's Answer and order default.

No oral argument on this matter will be heard unless otherwise ordered by
the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand
submitted upon the filing of the response to the Order to Show Cause.  Failure to
respond to the Order to Show Cause by **MAY 16, 2023** may result in the sanctions
outlined above.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm